UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                              :

21ST CENTURY CENTENNIAL INSURANCE   :
COMPANY, *et al.*,                             :

               Plaintiffs,       :          26 Civ. 1361 (JPC)

           -v-              :          ORDER

PURELY PROFESSIONAL PAIN MANAGEMENT PC, :
*et al.*,                             :

               Defendants.     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 27, 2026, Plaintiffs served Defendants Rockwell Medical PC, AA Comprehensive Medical PC, AIA Medical PC, and River Park Psychological Services PLLC (the "Entity Defendants") with copies of the Summons and Complaint. Dkts. 9, 10, 12, 13. On March 16, 2026, Plaintiffs served Defendant Konstantinos Tsoubris with copies of the Summons and Complaint. Dkt. 16. The Entity Defendants' deadline to respond to the Complaint was therefore March 20, 2026, and Tsoubris's deadline to respond to the Complaint was April 6, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from any Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until April 14, 2026. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiffs shall seek a Certificate of Default by April 21, 2026.

Plaintiffs are directed to mail a copy of this Order by First Class Mail to the addresses at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: April 7, 2026
      New York, New York

_____
JOHN P. CRONAN
United States District Judge